from Joseph Lynn Brice spn: 01715822
701 N SAN JAcinto street (HARRIS County)
Houston Tx 77002
VS
HARRIS County

United States Courts
Southern District of Texas
FILED
FEB 08 2023
Nathan Ochsner, Clerk of Court

Dear U.S District Court clerk

On JAN 9 the Harris County Shreiff dept beat me up At 10:45 Am in 701 3D3 officer Hansen. I had made a complaint to eternal affairs of Harris county Shreiff dept. About various situation about the Shrieff dept mistreating me. I have gotten my uncle mike to call the eternal affairs to tell them how I ave been miss treated. I suffer from servere mental illness and Sergent Irvin is one of the main ones that comes in differant pods mistreating differant inmates. I know that this has been going on for years there has been harsh living conditions in harris county JAil And we have no heat it is cold And no hot water in the shower. My civil Rights have been violated (I want to file a civil right complaint) (I want to file for time And money compensation)

X Joseph Lynn Brice

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name Joseph L. Brice  SPN 01715822
SPN ~~crossed out~~  Cell 7Q-Q
Street 701 N. San Jacinto
HOUSTON, TEXAS 77002

**Keefe** Commissary Network

**INDIGENT**

US POSTAGE PITNEY BOWES
ZIP 77002  $ 000.60⁰
02 4W
0000368784 FEB. 06. 2023

United States Courts
Southern District of Texas
FILED
FEB 08 2023
Nathan Ochsner, Clerk of Court

United States District Clerk's Office
PO Box 61010
Houston, TX 77208-1010

7720881010 B001